IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY ECCHER,

    Petitioner,               No. CIV S-03-0020 GEB DAD P

    vs.

K. MENDOZA-POWERS, et al.,[1]

    Respondent.        ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 18, 2005, respondents filed a request for leave to file a supplemental answer. Good cause appearing, the court will grant the request and also provide petitioner with an opportunity to file a reply to the supplemental answer.

        In addition, on July 13, 2005, petitioner filed a motion seeking an expedited decision on his petition. In light of the court's order allowing respondents to file a supplemental answer, petitioner's motion will be denied.[2]

---

[1] Respondents have substituted Mendoza-Powers for Diana K. Butler as a respondent. The court will direct the Clerk of the Court to modify the court's docket accordingly.

[2] Petitioner is advised that a motion for expedited decision is not a motion specified in the rules governing habeas corpus cases. Moreover, such a motion is unnecessary. The court attempts to resolve cases as expeditiously as possible given the court's caseload.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Respondents' July 18, 2005 request for leave to file a supplemental answer is granted;

2. The court deems respondents' supplemental answer, filed on July 18, 2005 and docketed as court document # 26, and appendices filed on July 19, 2005, docketed as court documents # 27, 28 and 29, as properly filed;

3. Petitioner may file and serve a reply within thirty days after service of this order;

4. Petitioner's July 13, 2005 motion for expedited habeas corpus decision is denied; and

5. The Clerk of the Court is directed to modify the court's docket to reflect that K. Mendoza-Powers is substituted for Diane K. Butler as a respondent.

DATED: July 20, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
ecch0020.supplans