IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY ECCHER,

    Petitioner,                    No. CIV S-03-0020 GEB DAD P

    vs.

K. MENDOZA-POWERS, et al.,

    Respondents.              <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a request for an extension of time to file his reply to respondents' supplemental answer. The court will grant petitioner the additional time.

        Petitioner also requests a court order which would provide petitioner two hours per week of access to the law library at California State Prison - Avenal. Petitioner acknowledges that he has had some access to the library, but petitioner believes that he should be allowed two hours per week as provided in the Department of Corrections' operations manual. The court will deny this request. The operations manual does not provide a legal basis for a court order. Also, petitioner has not demonstrated how his limited access to the law library has impaired his ability to prepare and file his reply, which is not mandatory.

/////

1         Accordingly, IT IS HEREBY ORDERED that:

2         1. Petitioner's August 22, 2005 request for an extension of time to file his reply to respondents' supplemental answer is granted;

3         2. Petitioner's reply, if any, shall be filed on or before October 1, 2005; and

4         3. Petitioner's request for an order compelling two hours per week access to the law library is denied.

DATED: August 29, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kf/4
ecch0020.80