IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY ECCHER,

      Petitioner,               No. CIV S-03-0020 GEB DAD P

    vs.

K. MENDOZA-POWERS, et al.,

      Respondents.          ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 20, 2006, petitioner requested a status of his case. Court records indicate that the respondents filed an answer on June 30, 2003 and then a supplemental answer on July 18, 2005. Petitioner filed his traverse on September 3, 2003 and a reply to respondents' supplemental answer on September 29, 2005. The case is now submitted and in due course, the court will issue its findings and recommendations. Petitioner is informed that because of the court's caseload, a response to inquiries about the status of his case cannot always be provided. As long as the petitioner keeps the court informed of any change of address, no further action is necessary.

        Petitioner also filed requests for judicial notice on June 30, 2006 and November 20, 2006. The court will rule on these requests when the court considers the merits of

1

petitioner's habeas petition.  Petitioner is advised, however, that further requests that judicial notice be taken of recent court decisions is unnecessary.  In addressing the claims raised by petitioner, the court conducts independent research and considers not only the parties' briefing but also any applicable recent court decisions.  Moreover, the court has not authorized petitioner to provide further briefing in support of his petition.

Accordingly, IT IS HEREBY ORDERED that petitioner's November 20, 2006 letter requesting the status of his case shall be placed in the file.

DATED: November 27, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
ecch0020.stat